■ ANTHONY CINELLI, Appellant, v. CUTHBERT R. SAGER et al., Respondents.— Judgment and order unanimously reversed, without costs of this appeal to any party, and case remitted to Monroe County Court for further proceedings in accordance with memorandum. Memorandum: There are issues of fact involved. Testimony should be taken. Thereafter appropriate findings should be made as to the circumstances under which the settlement is claimed to have been made and recorded, and a determination should be made as to whether the case was effectively settled. (Appeal from judgment of Monroe County Court dismissing plaintiff's complaint. The order granted defendants' motion to dismiss the complaint and directed plaintiff to perform under a settlement agreement.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. BERMAR THEATRE, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term denying motion by defendant Bermar Theatre, Inc., to set aside the amended judgment of foreclosure and sale.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ AUTO-LAND, INC., Appellant, v. CITROEN CARS CORPORATION et al., Respondents. CITROEN CARS CORPORATION, Respondent, v. AUTO-LAND, INC., Appellant.— Order unanimously modified by striking therefrom the first two ordering paragraphs and inserting in place thereof the following: "ORDERED that Irwin Buxbaum, an officer of Auto-Land, Inc., and Hans Blocher, Charles A. Buchet and M. Koundadze, officers of Citroen Cars Corporation, be examined at the office of Cohen, Lombardo, Maisel, Blewett and Fisher, 266 Pearl Street, Buffalo, New York, on or before May 20, 1961, before Robert P. Freedman, Esq., who is hereby appointed as Referee to preside over the said examination and said examination is to continue until all of said officers have been examined." And as so modified the order is affirmed, with $25 costs and disbursements to the appellant. Memorandum: Delay ordered by Special Term in examination of M. Koundadze, executive vice-president of Citroen Cars Corporation, until after completion of other examinations was not warranted by the papers before it. Appointment of a Referee was prayed for in the notice of motion and one should have been appointed to preside over the examinations. (Appeal from order of Erie Special Term resettling an order directing examination before trial of officers of the corporations.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.